UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
              :

FRANK SENIOR, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

              :   No.: 1:25-cv-4937

         Plaintiffs,

             :   **NOTICE OF VOLUNTARY**

         v.

             :   **DISMISSAL**

PUIG NORTH AMERICA, INC.,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

      Plaintiff(s), FRANK SENIOR, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, PUIG NORTH AMERICA, INC.

Dated:   New York, New York
         Aug. 7, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Dana L. Gottlieb, Esq. (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge